UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAYANA CHAMBERS,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>CITY OF SAN DIEGO, JOSHUA CUMMINGS, and UNKNOWN LAW-ENFORCEMENT OFFICERS,<br><br>　　　　　　　　　Defendants. | Case No.: 3:21-cv-01274-JAH-AGS<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITH PREJUDICE** |

Pending before the Court is Plaintiff Nayana Chambers and Defendants City of San Diego, Joshua Cummings, and Unknown Law Enforcement Officers Joint Motion to Dismiss Entire Action with Prejudice. (ECF No. 28). Accordingly, IT IS HEREBY ORDERED the joint motion is granted. Plaintiff's claims against Defendants are dismissed with prejudice, with each party to bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: July 21, 2022

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JOHN A. HOUSTON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE